COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KAVIEO WILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00091-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR DEFENDANT'S TEMPORARY RELEASE TO ATTEND FUNERAL |
| v. | |
| KAVIEO DAESHAUN WILEY, | |
| Defendant. | |

**STIPULATION**

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney David Spencer, and Defendant by and through his attorney Chris Cosca, provide this unopposed defense request for defendant's temporary release to attend his aunt's funeral. The request is for an Order granting Mr. Wiley's temporary release from the Sacramento County Jail on Tuesday, February 16, 2022, between 8:00 a.m. and 9:00 a.m., and to return to the jail no later than 7:30 p.m. Mr. Wiley was very close to his Aunt, Gina Ann Barlow Lee, who recently passed away. She helped raise him like her own son. The death represents a significant loss for the defendant. This request is made pursuant to pursuant to 18 U.S.C. § 3142(i).

Mr. Wiley is pending trial and the government does not oppose this request for an Order

allowing Mr. Wiley to be temporarily released from the Sacramento County Jail to the custody of licensed private investigator Kristin S. Hansen on February 16, 2022, from 8:00 a.m. to 7:30 p.m. Mr. Wiley's activity will be limited to: traveling from the Sacramento County Jail to attend 10:00 a.m. services at Stockton Funeral and Cremation Services, 640 North California Street, Stockton, California; following the funeral service, the family will meet for a "Home Going for Gina" celebration at Nelson Park, 3619 Brookview Dr, Stockton, California. Investigator Kristin S. Hansen will escort and remain with Mr. Wiley at all times until his return to the Sacramento County Jail.

**IT IS SO STIPULATED.**

DATED:   February 11, 2022        /s/ David Spencer
                                  DAVID SPENCER
                                  Assistant United States Attorney


DATED:   February 11, 2022        /s/ Chris Cosca
                                  CHRIS COSCA
                                  Counsel for Defendant
                                  KAVIEO WILEY

2
USA v. WILEY, Stipulation and Proposed Order For Temporary Release

## ORDER FOR TEMPORARY RELEASE

Based on the representations and stipulation of the parties, and good cause appearing, the Court orders the following:

1. KAVIEO WILEY, XREF 5260617, DOB 8/21/96, shall be released from the Sacramento County Jail for a "Temporary Out" on February 16, 2022, at 8:00 a.m., to the temporary custody of Investigator Kristin Hansen, who has agreed to function as third-party custodian.

2. Upon temporary release, Mr. Wiley shall remain with the third-party custodian while traveling from the Sacramento County Jail to attend: 10:00 a.m. services at Stockton Funeral and Cremation Services, 640 North California Street, Stockton, California; following the funeral service, the family will meet for a "Home Going for Gina" celebration at Nelson Park, 3619 Brookview Dr, Stockton, California.

3. Investigator Kristin S. Hansen shall return Mr. Wiley to the Sacramento County Jail by 7:30 p.m. on February 16, 2022. Investigator Hansen IS ORDERED to notify the government and Pretrial Services immediately if Mr. Wiley is non-compliant with the conditions of release.

4. Defendant Wiley will be subject to the terms and conditions set forth in the Notice to Defendant Being Released, attached hereto as Exhibit A. Defendant Wiley shall sign this Notice prior to his release, and it will be filed on the court docket.

**IT IS SO ORDERED**

Dated:  February 11, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE