| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 16, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAVIEO DAESHAUN LEE WILEY,<br><br>    Defendant. | Case No. 2:19-cr-91-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **KAVIEO DAESHAUN LEE WILEY** , Case No. **2:19-cr-91-TLN**  Charge **21 USC §841(a)(1)** , from custody for the following reasons:

      _____ Release on Personal Recognizance

      _____ Bail Posted in the Sum of $ _____

           _____ Unsecured Appearance Bond $ _____

           _____ Appearance Bond with 10% Deposit

           _____ Appearance Bond with Surety

           _____ Corporate Surety Bail Bond

           __x__ (Other): **Defendant to be released on 2/16/2022 @ 8:00 AM to the Custody of Kristin Hansen.**

Issued at Sacramento, California on February 16, 2022 at _9:49 am__.

           By:   /s/ Carolyn K. Delaney
                   Magistrate Judge Carolyn K. Delaney