COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KAVIEO WILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00091-DAD |
| Plaintiff, | STIPULATION AND ORDER FOR DEFENDANT'S TEMPORARY RELEASE TO ATTEND FUNERAL |
| v. | |
| KAVIEO DAESHAUN WILEY, | |
| Defendant. | |

**STIPULATION**

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney David Spencer, and Defendant by and through his attorney Chris Cosca, provide this unopposed defense request for defendant's temporary release to attend his father's funeral. The request is for an Order granting Mr. Wiley's temporary release from the Butte County Jail on Tuesday, August 22, 2023, between 9:30 a.m. and 10:00 a.m., and to return to the jail no later than 9:00 p.m. Mr. Wiley was very close to his father, Therman Wiley, who recently passed away. The death represents a significant loss for the defendant. This request is made pursuant to pursuant to 18 U.S.C. § 3142(i).

Mr. Wiley is pending trial and the government does not oppose this request for an Order

1
USA v. WILEY, Stipulation and Order For Temporary Release

allowing Mr. Wiley to be temporarily released from the Butte County Jail to the custody of licensed private investigator Kristin S. Hansen on August 22, 2023, from 9:30 a.m. to 9:00 p.m. Mr. Wiley's activity will be limited to: traveling from the Butte County Jail to attend 12:00 p.m. services at Stockton Funeral and Cremation Services, 640 North California Street, Stockton, California; following the funeral service, the family will meet for a repast celebration at 4120 North El Dorado Street, Suite 209, Stockton, CA 95204. Investigator Kristin S. Hansen will escort and remain with Mr. Wiley at all times until his return to the Butte County Jail.

**IT IS SO STIPULATED.**

DATED:   August 17, 2023        /s/ David Spencer
                                DAVID SPENCER
                                Assistant United States Attorney

DATED:   August 17, 2023        /s/ Chris Cosca
                                CHRIS COSCA
                                Counsel for Defendant
                                KAVIEO WILEY

2
USA v. WILEY, Stipulation and Order For Temporary Release

## ORDER FOR TEMPORARY RELEASE

Based on the representations and stipulation of the parties, and good cause appearing, the Court orders the following:

1. KAVIEO WILEY, Inmate ID No. 183022, DOB 8/21/96, shall be released from the Butte County Jail for a "Temporary Out" on August 22, 2023, between 9:30 and 10:00 a.m., to the temporary custody of Investigator Kristin Hansen, who has agreed to function as third-party custodian.

2. Upon temporary release, Mr. Wiley shall remain with the third-party custodian while traveling from the Butte County Jail to attend: 12:00 p.m. services at Stockton Funeral and Cremation Services, 640 North California Street, Stockton, California, 95204; following the funeral service, the family will meet for a repast celebration at 4120 North El Dorado Street, Suite 209, Stockton, California, 95204.

3. Investigator Kristin S. Hansen shall return Mr. Wiley to the Butte County Jail by 9:00 p.m. on August 22, 2023. Investigator Hansen IS ORDERED to notify the government and Pretrial Services immediately if Mr. Wiley is non-compliant with these conditions of release.

4. Defendant Wiley will be subject to the terms and conditions set forth in the Notice to Defendant Being Released, attached hereto as Exhibit A. Defendant Wiley shall sign this Notice prior to his release, and it will be filed on the court docket.

**IT IS SO ORDERED**

Dated:  August 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
USA v. WILEY, Stipulation and Order For Temporary Release